HRR:ljc 7125/2 \pleading\71252CorporateDisclosure

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RIVERFRONT LOFTS CONDOMINIUM ASSOCIATION | : | |
| VS. | : | C. A. NO. 07-395 ML-DLM |
| HARLEYSVILLE WORCESTER INSURANCE COMPANY and CAPITAL CITY INSURANCE AGENCY, LLC | : | |

**DEFENDANT HARLEYSVILLE WORCESTER INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Now comes the defendant, Harleysville Worcester Insurance Company (hereinafter "Harleysville"), in its capacity as a Write-Your-Own ("WYO") Program Carrier participating in the United States Government's National Flood Insurance Program ("NFIP"), pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[1] appearing herein in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] and files this Corporate Disclosure Statement as follows:

Harleysville is a Pennsylvania corporation with its principal place of business in Pennsylvania. The Harleysville Group Inc., which is a Delaware corporation with its principal place of business in Pennsylvania, is a subsidiary of Harleysville Worcester Insurance Company. The Harleysville Group, Inc., is publicly traded on the NASDAQ stock market as "HGIC." Harleysville Worcester Insurance Company owns 56 percent of the stock of the Harleysville Group Inc. No other single person or entity owns 10 percent or more of the stock.

---

1 42 U.S.C. §4001, *et. seq.*

2 44 C.F.R. Pt. 62.23(f).

3 42 U.S.C. §4071(a)(1); *Gowland v. Aetna,* 143 F.3rd 951, 953 (5th Cir. 1998).

Neither Harleysville or any of its parents, subsidiaries or affiliates have any direct financial interest in the outcome of this litigation, as Harleysville is appearing herein in its fiduciary capacity as the fiscal agent of the U.S. Government. All risk and expense is born by the U.S. Treasury by and through Defendant's Arrangement with the Federal Emergency Management Agency ("FEMA"), and all payments made under a Standard Flood Insurance Policy are paid for with U.S. Treasury funds and not the direct funds of Harleysville. The National Flood Insurance Program is not a re-insurance Program or reimbursement Program. Harleysville knows of no other business entities with a financial interest in the outcome of this litigation.

DEFENDANT, HARLEYSVILLE
WORCESTER INSURANCE COMPANY,
By its Attorney,

/s/ Holly R. Rao, Esq.
Holly R. Rao, Esq. #3539
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

October 24, 2007

**CERTIFICATION**

I certify that I sent a true copy of the within on October 24, 2007, to:

Thomas J. Marks, Esq.
Decof & Decof, P.C.
One Smith Hill
Providence, RI 02903

/s/ Holly R. Rao, Esq.