**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RIVERFRONT LOSTS CONDOMINIUM ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEYSVILLE WORCESTER INSURANCE COMPANY and CAPITAL CITY INSURANCE AGENCY, LLC,<br><br>Defendants. | : | Case No.: 07-395ML |

**ANSWER OF CAPITAL CITY INSURANCE AGENCY, LLC**

As and for its answer to Plaintiff's Complaint, Capital City Insurance Agency, LLC ("CCIA") responds as follows:

1. CCIA is without knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 1 and, on that basis, denies the allegations.

2. CCIA is without knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 and, on that basis, denies the allegations.

3. CCIA admits the allegations set forth in paragraph 3.

4. In response to paragraph 4, CCIA admits that Robert Pangalos previously was a member of CCIA and denies the remaining allegations set forth in paragraph 4.

5. CCIA denies the allegations set forth in paragraph 5.

6. In response to paragraph 6, CCIA admits that Plaintiff informed CCIA that it sought flood insurance coverage and denies the remaining allegations set forth in the paragraph.

7. CCIA denies the allegations set forth in paragraph 7.

8. CCIA denies the allegations set forth in paragraph 8.

9. CCIA denies the allegations set forth in paragraph 9.

10. CCIA denies the allegations set forth in paragraph 10.

11. CCIA denies the allegations set forth in paragraph 11.

12. In response to paragraph 12, CCIA admits that Plaintiff's condominium building was impacted when the Blackstone River flooded on or about October 15, 2005 and denies the remaining allegations set forth in the paragraph.

13. CCIA denies the allegations set forth in the first paragraph 13.

**<u>Response as to "Count I – Negligent Misrepresentation"</u>**

13. CCIA repeats and incorporates each of its responses to paragraph 1 through the first paragraph 13 as though fully set forth herein.

14. CCIA denies the allegations set forth in paragraph 14.

15. CCIA denies the allegations set forth in paragraph 15.

**<u>Response as to "Count II – Negligence"</u>**

16. CCIA repeats and incorporates each of its responses to paragraphs 1 through 15 as though fully set forth herein.

17. CCIA denies the allegations set forth in paragraph 17.

18. CCIA denies the allegations set forth in paragraph 18.

19. CCIA denies the allegations set forth in paragraph 19.

20. CCIA denies the allegations set forth in paragraph 20

**Response as to "Count III – Promissory Estoppel"**

21. CCIA repeats and incorporates each of its responses to paragraphs 1 through 20 as though fully set forth herein.

22. CCIA denies the allegations set forth in paragraph 22.

23. CCIA denies the allegations set forth in paragraph 23.

24. CCIA denies the allegations set forth in paragraph 24.

**AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state a claim upon which relief may be granted.

2. Plaintiff's claims are barred by the equitable doctrines of estoppel, laches and waiver.

3. Plaintiff cannot recover on its claims due to a failure of consideration.

4. Plaintiff's claims are precluded by virtue of its own fraudulent and/or negligent conduct.

5. Plaintiff's claims are barred by the statute of frauds.

6. Plaintiff failed to mitigate its damages.

**PRAYER FOR RELIEF**

WHEREFORE, CCIA respectfully requests that the Court issue judgment in its favor:

1. dismissing Counts I, II and III in their entirety with prejudice;

2. awarding CCIA its costs and expenses, including attorney fees; and

3. such other and further relief as the Court deems just and proper.

Dated: Providence, Rhode Island
October 25, 2007

CAPITAL CITY INSURANCE
AGENCY, LLC

/s/ Geoffrey W. Millsom

Richard R. Beretta, Jr. (#4313)
Geoffrey W. Millsom, Esq. (#6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604
gmillsom@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Answer of Capital City Insurance Agency LLC through the ECF system on the 25th day of October, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-395ML.

/s/ Geoffrey W. Millsom

*432957_1.doc*