**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RIVERFRONT LOSTS CONDOMINIUM ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEYSVILLE WORCESTER INSURANCE COMPANY and CAPITAL CITY INSURANCE AGENCY, LLC,<br><br>Defendants. | : | Case No.: 07-395ML |

**RULE 7.1 DISCLOSURE OF CAPITAL CITY INSURANCE AGENCY, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Capital City Insurance Agency, LLC hereby discloses that no publicly held corporation owns more than 10% of its stock.

Dated: Providence, Rhode Island
October 25, 2007

CAPITAL CITY INSURANCE AGENCY, LLC

/s/ Geoffrey W. Millsom

Richard R. Beretta, Jr. (#4313)
Geoffrey W. Millsom, Esq. (#6483)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604
gmillsom@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Rule 7.1 Disclosure Of Capital City Insurance Agency, LLC through the ECF system on the 25th day of October, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 07-395ML.

/s/ Geoffrey W. Millsom

*432957_1.doc*