HRR:ljc 7125/2 \pleading\71252NoticeFilingStateRec

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RIVERFRONT LOFTS CONDOMINIUM ASSOCIATION | : | |
| VS. | : | C. A. NO. 07-395 ML-DLM |
| HARLEYSVILLE WORCESTER INSURANCE COMPANY and CAPITAL CITY INSURANCE AGENCY, LLC | : | |

**NOTICE OF FILING OF STATE COURT RECORD**

Now comes the defendant, Harleysville Worcester Insurance Company, and gives notice that it is filing herewith certified copies of all records and proceedings, including docket entries, from the matter of *Riverfront Lofts Condominium Association v. Harleysville Worcester Insurance Company, et al.*, Providence Superior Court Civil Action No. PC07-4992, in compliance with Local Rule 81(b).

Defendant further submits the following list of parties remaining in this action:

1. Riverfront Lofts Condominium Association - plaintiff;
2. Harleysville Worcester Insurance Company - defendant; and
3. Capital City Insurance Agency- defendant.

DEFENDANT, HARLEYSVILLE
WORCESTER INSURANCE COMPANY,
By its Attorney,

Holly R. Rao, Esq. #3539
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 10/26/07 to:

John J. McConnell, Jr., Esq.
231 South Main Street
P.O. Box 6067
Providence, RI 02940

Geoffrey W. Millsom, Esq.
ADLER, POLLACK & SHEEHAN
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Maureen E. Sundi

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-4992 RIVERFROMT LOFTS V HARLEYSVILLE INSURANCE COMPANY

Filing Date: 09-20-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: OTHER CIVIL ACTION
Status Date: 10-25-2007

Plaintiff: RIVERFRONT LOFTS CONDOMINIUM ASSOCI
ID: @10929553

Attorney: JOHN MCCONNELL
Attorney: ROBERT MCCONNELL

Defendant: HARLEYSVILLE WORCESTER INSURANCE C
ID: @10929554

Defendant: CAPITAL CITY INSURANCE AGENCY LLC
ID: @10929555

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-20-2007 | COMPLAINT FILED | |
| 09-20-2007 | INITIAL FILING FEE | |
| 09-20-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP256917. |
| 09-26-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: CAPITAL CITY INSURANCE AGENCY LLC |
| 10-11-2007 | STIPULA FILED,EXTEN OF TIME | BY AGREEMENT OF PARTIES DEFT CAPITAL CITY INSURANCE AGENCY LLC MAY HAVE UP TO INCLUDING 11-05-07 TO ANSWER OR PLEAD TO PLTFS COMPLAINT . |
| 10-25-2007 | NOTICE OF REMOVAL | |
| 10-25-2007 | CASE REMVD TO US DISTRICT CT | |
| 10-25-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol