UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RIVERFRONT LOFTS CONDOMINIUM ASSOCIATION | : | |
| VS. | : | C.A. NO. 07-395 |
| HARLEYSVILLE WORCESTER INSURANCE COMPANY AND CAPITAL CITY INSURANCE AGENCY, LLC | : | |

**PLAINTIFF'S MOTION FOR REMAND**

Now comes the plaintiff, Riverfront Lofts Condominium Association ("Riverfront"), and respectfully requests that this Honorable Court remand this matter to state court. Plaintiff relies on the accompanying memorandum of law in support it its motion.

Dated: November 16, 2007

Respectfully submitted:

__/s/ Robert J. McConnell____
John J. McConnell, Jr. (#3016)
Robert J. McConnell (#3888)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 FAX

**CERTIFICATION**

I certify that I sent a true copy of the within on November 16, 2007 to:

Holly R. Rao, Esq. #3539
OLENN & PENZA
530 Greenwich Avenue
Warwick, RI 02886

__/s/ Robert J. McConnell___