HRR:ljc 7125/2 \pleading\71252NoticeOfCert

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RIVERFRONT LOFTS CONDOMINIUM ASSOCIATION | : | |
| VS. | : | C.A. NO. 07-395 ML-DLM |
| HARLEYSVILLE WORCESTER INSURANCE COMPANY and CAPITAL CITY INSURANCE AGENCY, LLC | : | |

**NOTICE OF CERTIFICATION**

Now comes the defendant, Harleysville Worcester Insurance Company, and herein advises the Court that Thomas J. Marks, Esq., was erroneously included within the certification contained in the pleadings submitted by Defendant, Harleysville Worcester Insurance Company, captioned Memorandum in Opposition to Motion to Remand and Objection to Plaintiff's Motion to Remand.

In addition, John J. McConnell Jr., Esq. and Robert J. McConnell, Esq., of Motley Rice LLC, 321 South Main Street, P.O. Box 6067, Providence, Rhode Island 02940, were not included within the certification of the aforementioned pleadings, but did receive the electronic filings on November 30, 2007.

DEFENDANT, HARLEYSVILLE WORCESTER INSURANCE COMPANY,
By its Attorney,

/s/ Holly R. Rao, Esq.
Holly R. Rao, Esq. #3539
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on December 5, 2007, to:

John J. McConnell Jr., Esq.
Robert J. McConnell, Esq.
231 South Main Street
P.O. Box 6067
Providence, RI 02940

Geoffrey W. Millsom, Esq.
ADLER, POLLACK & SHEEHAN
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

/s/ Holly R. Rao, Esq.