UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RIVERFRONT LOFTS CONDOMINIMUM ASSOCIATION | : | |
| VS. | : | C.A. NO. 07-395 |
| HARLEYSVILLE WORCESTER INSURANCE COMPANY AND CAPITAL CITY INSURANCE AGENCY, LLC | : | |

**ENTRY OF APPEARANCE**

---

Aileen L. Sprague hereby enters her appearance on behalf of Plaintiff, Riverfront Lofts Condominium Association, in the above-captioned matter.

RIVERFRONT LOFT
CONDOMINIUM ASSOCIATION
By its attorneys,

/s/ Aileen L. Sprague______

John J. McConnell, Jr. (#3016)
Robert J. McConnell (#3888)
Aileen L. Sprague (#6507)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 FAX

Dated: January 3, 2008

**CERTIFICATION**

I certify that I sent a true copy of the within on January 3, 2008 to :

Holly R. Rao, Esq. #3539
OLENN & PENZA
530 Greenwich Avenue
Warwick, RI 02886

________/s/ Aileen L. Sprague____