Additional Post 2004 Cases

Procurement claims do not give rise to federal question jurisdiction

- *Connell v. Allstate Ins. Co.*, Slip Copy, 2007 WL 1853398 *3 (E.D.La.,2007);
- *Cosse v. B.G. Mate*, 2006 WL 1968868 at *2 (E.D.La.2006);
- *Corliss v. South Carolina Ins. Co.*, 2004 WL 2988497 at *3 (E.D.La.2004);
- *Waltrip v. Brooks Agency, Inc.*, 417 F.Supp.2d 768, 770 (E.D.Va.2006);
- *Roybal v. Los Alamos National Bank,* 375 F.Supp.2d 1324, 1332-33 (D.N.M.2005)
- *Jambon v. State Farm Fire and Cas. Co.*, Slip Copy, 2006 WL 2850176 *2 (E.D.La., 2006)