O&P
OLENN & PENZA
ATTORNEYS AT LAW - LLP

January 23, 2008

The Honorable Mary M. Lisi
Judge of the United States District Court
For the District of Rhode Island
One Exchange Terrace
Providence, RI 02903-1779

Re: Riverfront Lofts Condominium Association vs.
Harleysville Worcester Insurance Company, et al
C.A. No. 07-395 ML-DLM
Our File No. 7125/2

Dear Judge Lisi:

Please accept this brief response to plaintiff's submission of January 22, 2008.

Defendant has had the opportunity to review the cases submitted by the Plaintiff in support of its position that "policy procurement" cases do not raise a federal question. Defendant wishes to bring to the attention of the Court that in each case cited by the Plaintiff, the agent was the defendant and the agent's negligence was alleged. The Plaintiff's additional authority actually supports the Defendant's contention that the agent and only the agent is the proper defendant in this lawsuit. If Harleysville had not been named, there would be no federal jurisdiction. Because the WYO carrier was named, a policy was in place on which a claim was paid and which additional funds are sought by the Plaintiff, U.S. treasury funds are at stake and jurisdiction is proper.

The only case that does not only involve an agent is the *Roybal* case. In this case, the WYO carrier failed to issue an initial Standard Flood Insurance Policy. Therefore, the Plaintiffs were never NFIP participants.

Finally, please note that in the *Corliss* case, remand was only granted after the WYO carrier was dismissed and as such, the federal question was removed.

Also, Defendant would like to supplement its own submission by attaching the

530 GREENWICH AVE WARWICK, RI 02886 PHONE (401) 737-3700 FAX (401) 737-5499 WWW.OLENN-PENZA.COM

case *Monahan v. GMAC Mortgage Corp., et al.*

Respectfully submitted,

Holly R. Rao, Esq. (#3539)
Attorney for Defendant,
Harleysville Worcester Insurance Company

HRR:mes \letters\71252 RemandAuthorities1.wpd
Enclosure

cc: Geoffrey W. Millsom, Esq.
John J. McConnell, Jr., Esq.
Robert J. McConnell, Esq.
Aileen L. Sprague, Esq.