UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RIVERFRONT LOFTS CONDOMINIMUM ASSOCIATION | : | |
| VS. | : | C.A. NO. 07-395 |
| HARLEYSVILLE WORCESTER INSURANCE COMPANY AND CAPITAL CITY INSURANCE AGENCY, LLC | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO AMEND THE COMPLAINT**

Now comes the plaintiff, Riverfront Lofts Condominium Association ("Riverfront"), and respectfully requests that this Honorable Court grant this motion to amend. Plaintiff seeks to amend the complaint to remove Count III, Promissory Estoppel as it is not necessary for Plaintiff to receive a full recovery for its damages.

Dated: February 7, 2008

Respectfully submitted:

__/s/ Aileen L. Sprague____

John J. McConnell, Jr. (#3016)
Robert J. McConnell (#3888)
Aileen L. Sprague (#6507)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 FAX

**CERTIFICATION**

I certify that I sent a true copy of the within on February 7, 2008 to:

Holly R. Rao, Esq. #3539
OLENN & PENZA
530 Greenwich Avenue
Warwick, RI 02886

Geoffrey W. Millsom
ADLER, POLLOCK & SHEEHAN
One Citizens Plaza, 8th Floor
Providence, RI 02903

Thomas J. Marks
Decof & Decof
One Smith Hill
Providence, RI 02903

Michael D. Breinin
Nielsen Law Firm
3838 N. Causeway Blvd, Ste 2850
Metaire, LA 770002

__/s/ Aileen L. Sprague__